KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158
   Facsimile: (415) 436-7234
   Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

E-Filing

FILED
NOV X 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 3-05-70778 JCS |
| Plaintiff, | PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING TIME FOR INDICTMENT |
| v. | |
| RODERICK CUDJO, | |
| Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties initially appeared in United States Magistrate Court on September 30, 2005. The matter was continued until October 20, 2005 for arraignment on the indictment or preliminary hearing.

   2. On October 20, 2005, both parties indicated that they were working on a pre-indictment resolution of the matter. The defendant agreed to waive time pursuant to Federal Criminal Rule 5.1 and also pursuant to Title 18 U.S.C. § 3161 – the Speedy Trial Act. The matter was continued until November 2, 2005.

   3. On November 2, 2005, the parties indicated that additional time was required. The

STIPULATION AND PROPOSED ORDER
3-05-70778 JCS

1  defendant again consented to waive time pursuant to Rule 5.1. Additionally, due to effective
2  preparation of counsel, time would be excluded pursuant to Title 18 U.S.C. § 3161 and the
3  Speedy Trial Act. The parties requested this exclusion of time and the matter was continued
4  until November 15, 2005.

5      4. In light of the foregoing facts, the failure to grant the requested exclusion would
6  unreasonably deny counsel for the defense the reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
8  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
9  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
10 3161(h)(8)(A).

11     5. For the reasons stated, the time period from November 1, 2005 through November 15,
12 2005, shall be excluded from the calculation of time under the Speedy Trial Act.

13     SO STIPULATED.

14 DATED: 11/03/05                                   Respectfully Submitted,

                                                 /s/
                                       SUSAN R. JERICH
                                       Assistant United States Attorney

DATED: 11/03/05

                                               /s/
                                       GEOFFREY HANSEN
                                       Counsel for Defendant Roderick Cudjo

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/4/05

                                       HON. EDWARD M. CHEN
                                       United States Magistrate Judge

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed

3  Order in the case of <u>United States v. Roderick Cudjo</u> No. 3-05-70778JCS, was served today as

4  follows:

6  <u>Via Hand Delivery</u>
   Geoffrey Hansen
   Federal Public Defender's Office
7  450 Golden Gate Avenue

8  I certify under penalty of perjury that the foregoing is true and correct.

9  Executed on November 3, 2005 at San Francisco, California.

11             /s/
    Rawaty Yim
12  United States Attorney's Office

28  STIPULATION AND PROPOSED ORDER
    3-05-70778 JCS          3