| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | GEOFFREY A. HANSEN |
| | Chief Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building – Box 36106 |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant CUDJO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-3-05-70778 EMC | |
| | ) | | |
| Plaintiff, | ) | ORDER DISMISSING CASE | |
| | ) | AND EXONERATING BOND | |
| vs. | ) | | |
| | ) | | |
| RODERICK CUDJO, | ) | | |
| | ) | | |
| Defendant. | ) | | |

The Government's motion to dismiss this case is granted. The defendant's bond is hereby exonerated.

Dated: November 22, 2005

_____
THE HONORABLE
UNITED STATES
*[Signed: Judge Edward M. Chen]*

ORDER EXONERATING BOND                    1